GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Appellant Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.,*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| In re: <br><br> Verity Health System of California, Inc., *et al.*,[1] <br><br> Debtors and Debtors In Possession. | District Court Case Number: <br><br> 2:18-cv-10675-RGK <br><br> Bankruptcy Court Lead Case Number: <br><br> 2:18-bk-20151-ER |
| Official Committee of Unsecured Creditors of Verity Health System of California, Inc., *et al.*, <br><br> Appellant, <br><br> v. <br><br> Verity Health System of California, Inc., *et al*. <br><br> Appellee. | Adversary Case Number:  N/A <br><br> **APPELLANT OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VERITY HEALTH SYSTEM OF CALIFORNIA, INC., ET AL.'S RESPONSE TO MOTION OF UMB BANK, N.A. AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEES, TO INTERVENE IN APPEAL** |

---

[1] The other Debtors in the chapter 11 cases, being jointly administered under Lead Case No. 2:18-bk-20151-ER, are O'Connor Hospital 2:18-bk-20168-ER, Saint Louise Regional Hospital 2:18-bk-20162-ER, St. Francis Medical Center 2:18-cv-20165-ER, St. Vincent Medical Center 2:18-bk-20164-ER, Seton Medical Center 2:18-cv-20167-ER, O'Connor Hospital Foundation 2:18-bk-20179-ER, Saint Louise Regional Hospital Foundation 2:18-cv-20172-ER, St. Francis Medical Center of Lynwood Foundation 2:18-cv-20178-ER, St. Vincent Foundation 2:18-cv-20180-ER, St. Vincent Dialysis Center, Inc. 2:18-cv-20171- ER Seton Medical Center Foundation 12:8-cv-20175-ER, Verity Business Services 2:18-cv-20173-ER, Verity Medical Foundation 2:18-cv-20169-ER, Verity Holdings, LLC 2:18-cv-20163-ER, DePaul Ventures, LLC 2:18-cv-20176-ER, and DePaul Ventures - San Jose Dialysis, LLC 2:18-cv-20181-ER.

Appellant, the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession, hereby submits this response to the *Motion of UMB Bank, N.A. and Wells Fargo Bank, National Association, as Indenture Trustees, to Intervene in Appeal* (the "Motion") [Docket No. 17].

Having reviewed and considered the Motion, the Committee hereby states that it has no objection to the Motion.

Dated: March 19, 2019                    MILBANK LLP

By: */s/ Gregory A. Bray*
GREGORY A. BRAY
MARK SHINDERMAN
JAMES C. BEHRENS

Counsel for Appellant Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.